IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DOYLE WAYNE BINGHAM, #126074982, ET AL., | § § § § | |
| *Plaintiffs,* | § § | |
| V. | § § | No. 3:20-cv-1857-X-BN |
| LASALLE SOUTHWEST CORRECTIONS, ET AL., | § § § § | |
| *Defendants.* | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [Doc. No. 4]. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore **DISMISSES** Plaintiffs' "class action" complaint under 28 U.S.C. § 1915A(b)(1) without prejudice to any Plaintiff filing his own, signed amended complaint and either paying the full filing fee or filing his own motion for leave to proceed *in forma pauperis* no later than **14 days** after entry of this order.

SO ORDERED this 5th day of November 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE